IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GLORIA JO FLOYD<br>    Plaintiff | § § § | |
| VS. | § § | C.A. NO. 5:21-cv-1231-FB |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2003-2, ASSET BACKED CERTIFICATES, SERIES 2003-2.<br>    Defendant | § § § § § § § § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Gloria Jo Floyd ("**Plaintiff**") and Defendant, Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2003-2, Asset-Backed Certificates, Series 2003-2 ("**Defendant**") hereby file this Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and would respectfully show unto the Court as follows:

1.      Plaintiff filed this lawsuit against Defendant seeking to delay or prevent foreclosure by Defendant.  Defendant appeared denying all claims.  Plaintiff wishes to dismiss all claims against Defendant <u>with</u> prejudice and Defendant consents to same.

2.      In conformity with Rule 41(a)(1)(A)(ii), this Stipulation is signed by all parties who have appeared in the action.

3.      By this Stipulation, it is hereby stipulated all claims of Plaintiff against Defendant are dismissed with prejudice.   This Stipulation disposes of all claims and causes of action by all parties.

4.      Plaintiff and Defendant further stipulate that all costs of court, attorney's fees and other costs incurred are to be borne by the party incurring the same.

WHEREFORE, PREMISES CONSIDERED, all claims and causes of action brought by Plaintiff against Defendant are dismissed with prejudice.

Respectfully submitted,

By: /s/ James Minerve
    James Minerve
    Texas Bar No. 24008692
    13276 N. Highway 183, Ste. 209
    Austin, Texas 78750
    888-819-1440 (Office)
    210 336-5867 (Cell)
    888-230-6397 (Fax)
    jgm@minervelaw.com

**ATTORNEY-IN-CHARGE FOR PLAINTIFF**

By: /s/ Michael F. Hord Jr.
    Michael F. Hord, Jr.
    Texas Bar No. 00784294
    Eric C. Mettenbrink
    Texas Bar No. 24043819
    Hirsch & Westheimer, P.C.
    1415 Louisiana, 36th Floor
    Houston, Texas 77002
    (713) 220-9182 Telephone
    (713) 223-9319 Facsimile
    mhord@hirschwest.com
    emettenbrink@hirschwest.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of June, 2022 a true and correct copy of the foregoing document was served as follows:

James Minerve
13276 N HWY 183, Ste. 209
Austin, Texas 78750
(888) 819-1440 (Office)
(210) 336-5867 (Mobile)
(888) 230-6397 (Fax)
jgm@minervelaw.com
**Vie E-Service**

/s/ Michael F. Hord Jr.
Michael F. Hord Jr.

20060161.20210718/4352230.1